**United States District Court**
District of Kansas
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, Kansas 66101

John W. Lungstrum

Chief Judge

Telephone: 913-551-6740

Facsimile: 913-551-6513

May 25, 2006

Honorable Ortrie D. Smith
Chair
Judicial Conference Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

Recently I realized that when I submitted my 2005 Financial Disclosure Report on May 4, 2006, I inadvertently omitted listing in Part IV. Reimbursements a speaking engagement which was funded by the Association of American Law Schools. I spoke on Defamation and Privacy at the Association's annual meeting January 4-6, 2005 in San Francisco, California. The hotel bill was paid directly by the Association and I was reimbursed for the following expenses:

| Expense | Amount |
|---|---|
| Round trip air fare Kansas City to San Francisco | $323.70 |
| Transportation from airport to hotel | 35.00 |
| Round trip mileage from residence to airport, highway tolls and airport parking | 96.00 |
| Meals | 217.68 |
| Total | $672.38 |

Honorable Ortrie D. Smith
May 25, 2006
Page 2

I apologize for the oversight.  If you need further information, please let me know.

Very truly yours,



John W. Lungstrum

JWL:mmh

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W | USDC, District of Kansas | 05/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final   5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 517 U.S. Courthouse 500 State Avenue Kansas City, KS 66101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use in Colorado) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2006 MAY 11 A 9:18 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Kansas income for approved teaching | $ 4963.27 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | Expenses for attending meeting of Commission on the American Jury. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS (Explanation)

I attended a meeting of the Commission on the American Jury in New York City January 26-27, 2005. The American Bar Association reimbursed me for the following expenses:

| Expense | Amount |
|---|---|
| Round trip air fare Kansas City to NYC | $232.40 |
| Cab fare | 70.00 |
| Round trip mileage from residence to airport, highway tolls and airport parking | 115.00 |
| Hotel | 278.48 |
| Meals | 133.73 |
| Total | $829.61 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Dean Witter Liquid Asset Fund (Money Mkt) | B | Dividend | L | T | Deps. & W/ds | | | | |
| 2. Morgan Stanley Dean Witter Pacific Growth (Mutual Fund) | A | Dividend | J | T | Div Reinvest | | | | |
| 3. American Opportunities Fund (Mutual Fund) | A | Distribution | J | T | Div Reinves | | | | |
| 4. Westar Ener Inc f/k/a Western Resources Inc. (Common stock) | B | Dividend | K | T | | | | | |
| 5. IRA (See Attachments 1 and 2) | D | Interest | O | T | | | | | |
| 6. United Community Bank (CD) | A | Interest | K | T | Redemption | 06-03 | K | A | |
| 7. Eaton Vance Tax MGD Growth Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 8. Kansas State DOT (Bond) | B | Interest | K | T | | | | | |
| 9. Lawrence KS GO (Bond) | A | Interest | J | T | | | | | |
| 10. Lawrence KS GO (Bond) | A | Interest | K | T | | | | | |
| 11. Wichita Rev. (Bond) | A | Interest | J | T | Redemption | 10-10 | J | A | |
| 12. Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 13. Kansas St. Hwy Rev (Bond) | A | Interest | J | T | | | | | |
| 14. Johnson Co. Rev. (Bond) | A | Interest | J | T | | | | | |
| 15. Kansas St. Dev. Fin Auth (Bond) | A | Interest | K | T | Redemption | 06-01 | J | A | |
| 16. Derby GO (Bond) | B | Interest | K | T | | | | | |
| 17. Kansas St Dev-U (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Burlington Envr (Bond) | A | Interest | K | T | | | | | |
| 19. Johnson Co. Pk & Rec. (Bond) | A | Interest | J | T | | | | | |
| 20. Topeka KS GO (bond) | A | Interest | J | T | | | | | |
| 21. Coffeyville Electric Utility (Bond) | A | Interest | J | T | | | | | |
| 22. Johnson CO Water District (Bond) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:
I have treated the stock dividend reinvestment programs (lines 2 and 3) as exempt because they merely represent a change in the form of the asset.

With regard to the IRA (line 5), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_ 4 May 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

John W. Lungstrum
District of Kansas

May 4, 2006

## VII.    Investments and Trusts continued

Listing of assets in rollover IRA as of 31 December, 2005

| Description of Assets | Value Code | Value Method |
|---|---|---|
| US T Bd Fed Strip (Zero coupon treasury) | K | T |
| MSDW Liq. Asset (Money market fund) | J | T |
| MSDW Value Added Equity (Mutual fund) | K | T |
| MSDW Mid-Cap Growth FD (Mutual fund) | K | T |
| Cornerstone Fund (Mutual fund) | J | T |
| Select Future Fund (Mutual fund) | K | T |
| MSDW Real Estate Fund (Mutual Fund) | K | T |
| Templeton Developing Mkts Fund A (Mutual Fund) | J | T |
| MSIF Small Cap Value Instl (Mutual Fund) | K | T |
| MSDW International Fund D (Mutual Fund) | K | T |
| Sempra Energy (Bond) | J | T |
| General Motors Acceptance Corp. (Bond) | J | T |
| May Dept. Stores Co. (Note) | K | T |
| Financing Corp. Ser 1 (Treasury) | J | T |
| Financing Corp. Ser D (Treasury) | J | T |
| MSDW S&P 500 Index (Mutual Fund) | K | T |
| Spectrum Global Bal (Mutual Fund) | J | T |
| Van Kampen Comstock I (Mutual Fund) | K | T |

| Description of Assets | Value Code | Value Method |
|---|---|---|
| MSD International Value Equity Fund (Mutual Fund) | J | T |
| Fidelity Advisor Mid Cap A (Mutual Fund) | K | T |
| Ing Int'l Value A (Mutual Fund) | K | T |
| Pimco High Yield Fund A (Mutual Fund) | J | T |
| Pimco Small Cap Value Fund (now Allianz) (Mutual Fund) | J | T |
| Berger Mid Cap Value FD (now Janus) (Mutual Fund) | J | T |
| Davis Real Estate A (Mutual Fund) | J | T |
| Evergreen Int'l GRFDCLA (Mutual Fund) | K | T |
| S&P 500 Index Fund D (Mutual Fund) | K | T |
| MSDW High Yield Securities B (Mutual Fund) | J | T |
| MSDW Value Fund B (Mutual Fund) | J | T |
| MSDW International Value Equity FB B (Mutual Fund) | J | T |
| MSDW S&P 500 Index Fund B (Mutual Fund) | J | T |
| Davis New York Venture A (Mutual Fund) | K | T |
| Dreyfus Appreciation Fund (Mutual Fund) | K | T |
| RS Partners Fund (Mutual Fund) | J | T |
| SBC Communications Inc. (Bond) | J | T |
| MSDW Equally Weighted S&P 500 (Mutual Fund) | K | T |

May 4, 2006

| Description of Assets | Type | Date | Value Code | Gain Code |
|---|---|---|---|---|
| VanKampen Comstock A (Mutual Fund) | Sell | 08/12 | K | A |
| Van Kampen Comstock I (Mutual Fund) | Buy | 08/12 | K | |
| | | | | |